| | | |
|---|---|---|
| AUSA: Susan E. Fairchild | | Telephone: (313) 226-9577 |
| AO 106 (Rev. 04/10) Application for a Search Warrant  Special Agent: Ian M. Kerr | | Telephone: (313) 965-2323 |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
                                     ) Case No.
18694 ALCOY, DETROIT MI )
(Fully Described in Attachment A) )
                                     )

Case: 2:17-mc-50801 -1
Assigned To : Michelson, Laurie J.
Assign. Date : 6/7/2017
Description: RE: SEALED MATTER (EOB)

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See ATTACHMENT A.

located in the      Eastern      District of      Michigan      , there is now concealed *(identify the person or describe the property to be seized)*:

See ATTACHMENT B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☐ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2118 | Robbery involving controlled substances |
| 18 U.S.C. § 1951 | Robbery involving threats or violence |

The application is based on these facts:
See attached AFFIDAVIT.

☑ Continued on the attached sheet.
☐ Delayed notice _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

                                             *Applicant's signature*

                                       Ian M. Kerr, Special Agent, FBI
                                              *Printed name and title*

Sworn to before me and signed in my presence and/or by reliable electronic means.

Date: June 7, 2017

                                       *Judge's signature*

City and state: Detroit, MI        David R. Grand,      U. S. Magistrate Judge
                                                                      *Printed name and title*

# AFFIDAVIT

I, Ian Kerr, being duly sworn, depose and state as follows:

1. Your affiant has been employed as a Special Agent of the Federal Bureau of Investigation (FBI) since January 2016, and is currently assigned to the FBI Detroit Division's Violent Crime Task Force.

2. I am an "investigative or law enforcement officer" of the United States within the meaning of Title 18 Section 2501(7), United States Code, that is, an officer of the United States who is empowered by the law to conduct investigations of and to make arrests for the offenses enumerated in Title 18 Section 2516, United States Code.

3. As a federal agent, I am authorized to investigate violations of laws of the United States and to execute warrants issued under the authority of the United States. I have investigated federal violations concerning crimes of violence and firearms. I have gained experience through everyday work related to these types of investigations.

4. The statements contained in this Affidavit are based on my experience and background as a special agent and on information provided by police officers, other agents of the FBI, and other law enforcement personnel.

5. I have not set forth every fact resulting from the investigation; rather, I have set forth a summary of the investigation to date in order to establish that

**KENYATTA ROSHAWN MICKEL**, date of birth XX/XX/1986, has been in violation of Title 18, U.S.C. §2118, Robbery Involving Controlled Substances and Title 18, U.S.C. §1951, Robbery Involving Threats or Violence, and that there is probable cause to believe that evidence of those offenses is located at **18694 Alcoy**, Detroit, Michigan.

## BACKGROUND

6. Beginning in the middle of January of 2017, numerous pharmacies / drug stores in the southeastern Michigan area have been the victims of breaking and entering (B&E). These communities include the cities of Dearborn, Dearborn Heights, Southgate, Detroit and Eastpointe. Affiant was contacted by members of the Dearborn Police Department Special Operations unit who informed Affiant they had developed suspect(s) involved in these cases.

7. On 2/17/17, members of the Dearborn Police Department responded to 5711 Schaefer in the City of Dearborn (Trudell Pharmacy) on the report of a B&E that occurred overnight in which numerous prescription medications were taken. During the course of their investigation, employees recalled seeing two black males inside the business the day prior to the B&E who were acting suspicious. Both subjects walked into the store and did not make a purchase nor did they conduct any business. Based upon Affiant's training and experience, this type of activity is common of subjects who are conducting surveillance on a crime target

location. CCTV (video surveillance footage) was subsequently recovered and reviewed. One of the subjects was as a thin black male with dreadlocks, wearing a black over gray North Face fleece jacket. The two subjects (later believed to be identified as Kenyatta MICKEL and DW Peterson) departed the pharmacy in an early 2000's gold Buick Century with distinctive chrome rims. During the course of an ongoing investigation conducted by the Dearborn Police Department, officers located what they believed is the same gold Buick Century that was driven to the Trudell Pharmacy by MICKEL at **18694 Alcoy St** in the City of Detroit. The vehicle displayed MI Plate #DMW7519. Investigation into the vehicle located a Kenyatta Roshawn MICKEL (B/M DOB: XX/XX/86) was arrested in 2015 while driving the same gold Buick Century vehicle. He was arrested for driving with a suspended license. Affiant obtained a Michigan Driver's License photograph of MICKEL and compared it to the subject observed inside the Trudell Pharmacy the day prior to the B&E. After viewing the photographs side by side, it is Affiant's belief that the male subject captured on the CCTV footage with the dreadlocks is MICKEL.

8.     On 2/24/17, members of the Dearborn Police Department responded to the report of a B&E that occurred at 10633 Warren Avenue (Dearborn Rx Pharmacy) in the City of Dearborn. Numerous prescription medications were taken. Upon investigation, officers were able to review CCTV footage and identified the

suspect vehicle as a black Toyota Camry bearing MI Plate #DLW6050. The license plate was registered to EAN Holdings LLC (Enterprise Car Rental). Dearborn officers were able to identify the subject who rented the vehicle as Quantrell Montez Mickel (B/M XX/XX/71) whose registered address is 6310 Holcomb St., Detroit, MI (according to Michigan Secretary of State). Also registered at this address is a **KENYATTA ROSHAWN MICKEL** (B/M DOB:XX/XX/1986). It was also determined that this rental vehicle was returned on 2/25/17 (the day following the B&E) by Quantrell Mickel, who then subsequently rented a white 2016 Hyundai Sonata (FL Plate #173HXR).

9. On 3/7/17 Dearborn Police Officers responded to 14716 Warren Ave, Dearborn, Michigan, for a report of a B&E that occurred. The business located at this address is Warrenfield Pharmacy. During review of the surveillance footage a white 4-door sedan was observed at the scene and was used by the B&E suspects. The white sedan matched that of a white Hyundai Sonata 4-door, rented by MICKEL. Based on the information that MICKEL was the renter of the black Toyota Camry and current renter of the white Hyundai Sonata; which match the two vehicles used during both B&E's respectively; it is believed that MICKEL and/or known associates of MICKEL were responsible for the crimes. Dearborn police then obtained a warrant and placed a GPS tracking device on the Hyundai Sonata. A review of the CCTV footage from this incident also showed a male

wearing a hooded sweatshirt with a distinctive emblem on the back near the neck area below the hood.  The emblem appeared to be a bird with the wings extended. This emblem was also observed on the right rear pants pocket of the subject.

10.     On 3/13/17, Sgt. McAteer, a member of the Livonia Police Department stopped the 2016 Hyundai Sonata (FL Plate #173HXR) for a traffic violation. The vehicle was being driven by Kenyatta MICKEL. MICKEL was placed under arrest for driving with a suspended license. Also inside the vehicle with MICKEL at the time of the arrest was Andrew Jason Betty (B/M DOB: XX/XX/86) and DW Scott Peterson (B/M DOB: XX/XX/85).  The vehicle was subsequently impounded and was inventoried, consistent with Livonia Police Policy. During an impound inventory search, Sgt McAteer located two (2) crowbars inside the vehicle; one (1) blue and yellow crowbar and one (1)  black crowbar. Based upon Affiant's training and experience, these items are common tools used to force entry into closed businesses. Members of the Dearborn Police Special Operations unit reviewed the data from the tracker that was previously installed on the Hyundai Sonata vehicle. The data revealed the Sonata was circling the area of 15983 Middlebelt, Livonia, MI which is the location of Livonia Family Pharmacy. Affiant obtained a Michigan Driver's license photograph of Peterson. Affiant compared the photograph to the subject who was with Kenyatta MICKEL inside the Trudell Pharmacy in the City

of Dearborn on 2/17/17, and believes it was Peterson who was with MICKEL in Trudell Pharmacy the day before the B&E.

11.     In the middle of March of 2017, members of the Dearborn Police Department Special Operations Unit observed Kenyatta MICKEL driving a 2017 Chevrolet Malibu (TN Plate #2C00T7) which is registered to PV Holdings (Avis/Budget Rental).  A warrant was obtained and members of the Dearborn Special Operations Unit installed a GPS tracker on the vehicle.

12.     On 3/14/17, Special Operations Officers checked the area of 7 mile and Alcoy, which was an area where MICKEL was known to frequent.  Officers observed the same silver Chevy Malibu with a paper plate in the rear window parked in the driveway of **18694 Alcoy**. A tan colored Buick bearing MI plate DMW7519, was also observed parked in the driveway at **18694 Alcoy**. The Buick matched a vehicle that was seen on surveillance video from a prior B&E. In the video MICKEL was observed on camera appearing to case the business during daytime hours.

13.     On 3/17/17, Special Operations Officers observed a newer white Chevy Malibu in the driveway of **18694 Alcoy**. The license plate attached was Tennessee #2C00T7, which returned to a rental car company. Special Operations Officers conducted surveillance of the Malibu and observed MICKEL to regularly be the driver of the vehicle.

14.     On 3/25/17, GPS data showed the Chevrolet Malibu (TN Plate #2C00T7) traveling southbound on I-75 in the State of Ohio. A traffic stop was made on the vehicle. The occupants were identified as Andre Betty, DW Peterson and Antaina Mitchell. Nothing of evidentiary value was located inside the vehicle at this time. An amount of U.S. Currency was recovered.

15.     On 3/26/17, the same Chevrolet Malibu (TN Plate #2C00T7) was stopped in Ohio, while travelling northbound on I-75 heading towards Michigan. The same occupants were located inside the vehicle. Ohio State Troopers obtained a consent search of the passengers and located $700 in U.S. Currency on Andre Betty, $700 in U.S. Currency on DW Peterson. Peterson also had $3,000 in U.S. Currency concealed between his legs inside of his underwear. One (1) Adderall pill was recovered from the trunk of the vehicle. All subjects were released at the scene and no charges were filed. GPS data was reviewed from the time between the two traffic stops and it appears the Chevrolet Malibu (TN Plate #2C00T7) made three (3) stops at various hotels in Knoxville, Tennessee. Based upon Affiant's training and experience, hotels are common places for those involved in criminal activity to sell/purchase illegal narcotics and contraband.

16.     On 3/30/17, members of the Southgate Police Department responded to a B&E of a pharmacy at Oakwood Hospital Corp Building located at 15777 Northline, Southgate, MI. The same Chevrolet Malibu (TN Plate #2C00T7) vehicle

was used during the commission of this crime. The vehicle was located and pursued by Lincoln Park Police. After a short time later they terminated the pursuit. Michigan State Police located the vehicle a short time later at 18417 Justine, in the City of Detroit. Michigan State Troopers observed multiple suspects flee from the scene on foot; one was described as having dreadlocks similar to MICKEL. Michigan State Troopers were able to apprehend Durrell Croom (who is a known associate of Kenyatta MICKEL).

17. On 4/26/17, there were two (2) pharmacy B&E's; one at 8706 Telegraph, Dearborn Heights MI and one at 22380 Moross, Detroit, MI. During the review of the surveillance footage from the incident at 8706 Telegraph, Dearborn Heights MI, one of the subjects was wearing a black over gray North Face jacket. The GPS data from the tracker on MICKEL's gold Buick (MI Plate #DMW7519) showed the vehicle next to both pharmacy's during the times that the B&E's occurred.

18. On 5/1/17, there was a B&E of a pharmacy at 20715 Kelly Road, Eastpointe, MI. The GPS data from the tracker on MICKEL's gold Buick (MI Plate #DMW7519) showed the vehicle's location next to the pharmacy during the date/time of the B&E. A review of the CCTV footage showed one of the subjects wearing a black over gray North Face fleece jacket. Prior to the breaking and entering, GPS data showed the vehicle near the **18694 Alcoy** address. Following

the breaking and entering, GPS data showed the vehicle return to the area of **18694 Alcoy**.

19. On 5/7/17, there was a B&E at the Save-On Pharmacy located at 5688 Telegraph, Dearborn Heights, MI. The vehicle used in the crime was a blue foreign model vehicle with an out of state license plate (believed to be a rental vehicle). During a review of the CCTV footage, one of the subjects is seen wearing a black over gray North Face fleece jacket.

20. On 5/9/17, there was a B&E at East Village Pharmacy at 5728 Schaefer, Dearborn, MI. The video footage showed four (4) suspects in a Chevrolet SUV (believed to be a Traverse). One of the subjects was wearing a two-toned dark colored North Face fleece jacket. Another suspect was wearing a hooded sweatshirt with an emblem on the back, just below the hood. The emblem appeared to be a bird. This hooded sweatshirt appears to be the same sweatshirt worn by the unknown subject during the B&E at the Warrenfield Pharmacy in Dearborn on 3/7/17. Both subjects appear to be of similar physical build as well.

21. On 5/15/17, members of the Dearborn Police Special Operations Unit conducted surveillance on MICKEL's Gold Buick Century (MI Plate #DMW7519). During the course of the surveillance, officers observed Kenyatta MICKEL wearing a black over gray North Face Fleece jacket that is the same jacket worn in numerous of the previous B&E's. During the course of the

surveillance officers also observed MICKEL and other unknown subjects attempt to break into the Tel-Craft Pharmacy located at 14110 Telegraph, Detroit, MI and Family Food Pharmacy located at 8665 Rosa Parks, Detroit, MI.

22. Affiant has reviewed GPS data points obtained from Dearborn Police Special Operation's unit and spoken with officers involved directly in the investigation. On 4/26/17, the dates of the B&E's at the Walgreen's stores located at 8706 Telegraph, Dearborn Heights and 22380 Moross, Detroit, MI. MICKEL's gold Buick shows leaving the area of his associated address (**18694 Alcoy**, Detroit MI). During this same time, members of the Dearborn Special Operations Unit observed MICKEL arrive at the **18694 Alcoy** location and carry a small child into the residence.

23. On 4/26/17, GPS Data from MICKEL's gold Buick Century showed the vehicle going from the area of **18694 Alcoy** Avenue, Detroit (a known associate address for MICKEL) and go directly to the area of 8371 House, Detroit, MI, for a short period of time. The GPS data shows the vehicle at **18694 Alcoy** a short time prior to arriving to the area of 8706 Telegraph, Dearborn Heights, MI (Walgreens) where there was another crime committed.

24. Based upon Affiant's training and experience, it is common for those involved in criminal activity to provide addresses to government officials and law enforcement that they are not currently residing at in an effort to evade members of

the law enforcement community. I also know that it is common for those involved in criminal activity, particularly robberies and B&E's to keep and store items used in the criminal activity and proceeds of the criminal activity in places in which they reside or frequent.

25. On 5/15/2017, Dearborn Special Operations observed an individual driving a gold Buick Century attempt B&E's of pharmacies located at 14110 Telegraph (Tel-Craft Pharmacy), and 8665 Rosa Parks (Family Food Pharmacy). After both failed attempts, the gold Buick Century drove directly to 8371 House, then to **18694 Alcoy,** where it parked for the night.

## Conclusion

26. Based upon the above information, I believe that probable cause exists to believe that KENYATTA MICKEL, Andre Betty and DW Peterson are involved in the aforementioned B&E's. Furthermore, I have probable cause to believe that evidence of those offenses is located at **18694 Alcoy Avenue**, Detroit, Michigan, which is a known location associated with these individuals and which is more particularly described in Attachment A.

27. This is an ongoing investigation, which includes surveillance of the individuals and the location at **18694 Alcoy Ave**. The suspects identified herein continue to frequent the address at **18694 Alcoy Ave.**, but are displaying behavior that suggests they believe police or law enforcement are following them. They

therefore have not committed any recent B&E's. Affiant believes the suspects still have the tools and clothing used in the described B&E's in their possession and that such items will be found at **18694 Alcoy Ave**.

28. In consideration of the foregoing, I respectfully request that this Court issue a search warrant for **18694 Alcoy, Detroit, MI,** including all outbuildings and vehicles present, further described in Attachment A, for the items described in Attachment B, and the seizure of such items for the purpose of searching and analyzing them off-site. Attachments A and Attachment B are incorporated by reference as if fully set forth herein.

_____
Ian Kerr
Special Agent, FBI

Sworn to before me and signed in my presence
And/or by reliable electronic means on June  7  , 2017.

_____
Honorable David R. Grand
United States Magistrate Judge

# ATTACHMENT A
# DESCRIPTION OF LOCATIONS TO BE SEARCHED

1. **18694 Alcoy**, Detroit, MI, is a single family bungalow style residence located on Alcoy Avenue between Eastwood Street and Linnhurst Street. The residence is constructed with red brick and white trim. The residence has a detached garage. The numbers 1 8 6 9 4 are permanently affixed to the residence north of the front door. There is a gray roof over the house.

2. Any garage, outbuilding, person, or vehicle present at 18694 Alcoy, City of Detroit, County of Wayne, State of Michigan.



# ATTACHMENT B
# ITEMS TO BE SEIZED

1. Any narcotics, prescription medications, drug paraphernalia, packaging materials, or accessories;

2. Any proceeds, or money from narcotic transactions, including but not limited to the sale and distribution of stolen prescription medications;

3. Any electronic media devices, including but not limited to: cell phones, tablets, lab tops, computers, gaming devices, etc.;

4. Any and all records, documents, invoices, notes and materials that pertain to the ownership and/or possession of the searched location and items;

5. Any and all records, documents, invoices, notes and materials that pertain to financial dealings;

6. Any items used, or which could be used in the commission of the crimes identified, including crow bars, saws, sledge hammers, rams and any and all clothing which had been identified as used in the commission of the crimes; and,

7. During the course of the search, photographs of the searched location may also be taken to record the condition thereof and/or the location of items therein.

AO 93 (Rev. 11/13) Search and Seizure Warrant

| | | |
|---|---|---|
| AUSA: | Susan E. Fairchild | Telephone: (313) 226-9577 |
| Special Agent: | Iann M. Kerr | Telephone: (313) 965-2323 |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | | |
|---|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>18694 ALCOY, DETROIT, MI<br>(Fully Described in Attachment A) | ) ) ) ) ) ) | Case No.    Case: 2:17−mc−50801 -1<br>Assigned To : Michelson, Laurie J.<br>Assign. Date : 6/7/2017<br>Description: RE: SEALED MATTER<br>(EOB) |

## SEARCH AND SEIZURE WARRANT

To:    Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the    Eastern    District of    Michigan   .
*(identify the person or describe the property to be searched and give its location)*:

See ATTACHMENT A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See ATTACHMENT B.

**YOU ARE COMMANDED** to execute this warrant on or before    June 21, 2017    *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to    the presiding United States Magistrate Judge on duty   .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:    June 7, 2017    3:48 pm

*Judge's signature*

City and state:    Detroit, MI      David R. Grand,    U. S. Magistrate Judge
*Printed name and title*

AO 93  (Rev. 11/13) Search and Seizure Warrant (Page 2)

| **Return** | | |
|---|---|---|
| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of : | | |
| Inventory of the property taken and name of any person(s) seized: | | |

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

_____
*Executing officer's signature*

_____
*Printed name and title*